UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SABRA GALVAN, | ) |
| Plaintiff, | ) |
| v. | ) 1:15-cv-00285-JAW |
| SHARON NELSON, | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 30, 2016 (ECF No. 29), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant's Motion for Sanction of Dismissal (ECF No. 27) be and hereby is DENIED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2016