UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SABRA GALVAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:15-cv-00285-JAW ) |
| SHARON NELSON, | ) ) |
| Defendant. | ) ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 29, 2016 (ECF No. 35), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 34) be and hereby is GRANTED and Plaintiff's Complaint be and hereby is DISMISSED without prejudice.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of September, 2016